NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

A.L.Q.,                                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-4637
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Pinellas
County; James Pierce, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

KELLY, VILLANTI, and LUCAS, JJ., Concur.